10/8/2015      TDCJ Offender Details

83,994-01

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home    Q   New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01730889 |
| **TDCJ Number:** | 01695940 |
| **Name:** | COTTON,MONTE BYRON |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1954-02-01 |
| **Maximum Sentence Date:** | 2018-11-05 |
| **Current Facility:** | NEAL |
| **Projected Release Date:** | 2018-11-05 |
| **Parole Eligibility Date:** | 2011-10-24 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense | Sentence | Case |
|---|---|---|